**FILED**
**TG**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:

OLIN EARGLE,
 individually and on behalf of a class,
            v.
B & H SUBS, INC., and DOES 1-10

**08 C 1426**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) | |
| James O. Latturner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James O. Latturner | |
| FIRM | |
| Edelman, Combs, Latturner, & Goodwin, LLC | |
| STREET ADDRESS | |
| 120 South LaSalle Street, 18th floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01588095 | (312) 739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐