AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

OLIN EARGLE,
individually and on behalf of a class

CASE NUMBER: **08 C 1426**

V.

ASSIGNED JUDGE: **JUDGE DARRAH**

B & H SUBS, INC.,
and DOES 1-10

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

B & H SUBS, INC.
c/o Hetalben Patel, Registered Agent
2622 West Peterson Avenue, #1A
Chicago, IL 60659

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**March 11, 2008**

**Date**

## AFFIDAVIT OF SERVICE OF PROCESS

_Eagle_ _____ Vs. _B+H Subs Inc_

_____ _____

_____ _____

(Plaintiff)              (Defendant)

Court File # _08C 1426_

## AFFIDAVIT OF SERVICE

Know by all men by these presents that I, _DON C. HAWORTH_ , was

Assigned to duly execute this service upon the following:  ☐witnesses  ☐plaintiff  ☒defendant

_B+H SUBS Inc (AGENT_ , I hereby depose and say:

1) That I am of the necessary age and sound mind to execute said service.

2) That I am not a party to the action nor have any interest in it.

3) That on _MARCH 13, 2008_ at the time of _130PM_

   at the address of _2622 West Peterson IA Chicago IL 60659_

   I duly executed service upon _MR. PASTIA (AGENT_ a true copy of

   The attached: ☒summons  ☐subpoena  ☒complaint  ☐ order to show cause  ☐ notice

   ☐ other _____

   ☐ a copy of the executed items were sent by U.S. Mail on _____

      to the following address _____ .

_Approximate Physical Description_

Height _5'7_     Weight _180_

Hair _DK_     Eyes _——_

Age _40_     Title _agent_              _Dm CH_

Other _Stated he_                       (Investigator)

_would accept_

SUBSCRIBED and SWORN to before me this          Our File# LA _7051_

_____ day _____ , _2008_

OFFICIAL SEAL
PAULINE A RAIMONDO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:0505/10

(Notary Public)

Form #105 - Revised 10/06 – License No. 115-000829