UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIN EARGLE,<br>Individually and on behalf of alleged class<br><br>Plaintiff,<br><br>v.<br><br>B&H SUBS, INC.<br>and DOES 1-10,<br><br>Defendants. | No. 08 C 1426<br><br>JUDGE DARRAH<br>MAGISTRATE JUDGE KEYS |

### ASSENTED TO MOTION FOR EXTENSION

     B&H SUBS, INC., by their attorneys, hereby move for an extension of time to respond to the Complaint - Class Action filed with this court on March 10, 2008 and recently served. Plaintiff represents that no previous extension has been obtained and no parties will be prejudiced by its allowance.

     Plaintiffs, through their counsel, have assented to this Motion.

WHEREFORE, Defendants respectfully request that this court:

1.    Enter an order granting defendants leave to file an Answer to the Complaint-Class Action by May 2, 2008; and

2.    Grant such further relief as the court deems appropriate;

-2-

                    B&H SUBS, INC.,

                    /s/ Rory A. Valas
                    Rory A. Valas
                    GOLDSTEIN VALAS LLC
                    250 Summer Street
                    Boston, MA 02210
                    rav@franchiseelaw.com
                    617-399-2200
                    (U.S.D.C., N.D.Ill. Bar No. 90785292)


                    Carmen D. Caruso
                    Seth M. Rosenberg
                    Schwartz Cooper Chartered
                    180 N. LaSalle Street, Suite 2700
                    Chicago, Ilinois 60601
                    (312) 346- 1300
                    (U.S.D.C., N.D.Ill. Bar No. 6189462)

## CERTIFICATE OF SERVICE

Rory Valas, counsel for B&H Subs, Inc., states that on April 10, 2008, a copy of this pleading was served electronically on all counsel of record herein.

                    /s/ Rory A. Valas