

# Rules for Visa Merchants
## Card Acceptance and Chargeback Management Guidelines



Blumberg No. 5208   EXHIBIT D

→ SECTION FIVE: COPY REQUESTS

# Transaction Receipt Requirements— Card-Present Merchants

The following are Visa requirements for all transaction receipts generated from electronic point-of-sale terminals (including cardholder-activated terminals).

## Electronic Point-of-sale Terminal Receipts



**Merchant or member name and location, or the city and state of the Automated Dispensing Machine or Self-Service Terminal**

**Transaction Date**

**Merchant Location Code**

Effective November 1, 2005, the payment brand used to complete the transaction must be identified on the cardholder's copy of the transaction receipt.

**Authorization Code, if applicable,** except for Express Payment Service Transactions.

**Space for Cardholder Signature,** except for:
- Transactions in which the PIN is an acceptable substitute for Cardholder signature
- Limited-Amount Terminal Transactions
- Self-Service Terminal Transactions
- Express Payment Service Transactions

**Truncated Account Number**
Visa requires that all new electronic POS terminals provide account number truncation on transaction receipts. This means that only the last four digits of an account number should be printed on the customer's copy of the receipt.

In addition, the expiration date should not appear at all. Existing POS terminals must comply with these requirements by July 1, 2006. To ensure your POS terminals are properly set up for account number truncation, contact your merchant bank.

**Transaction Amount**

Sample receipt:
```
        XYZ SHOES
       1040 PARK ST
     ANYTOWN, CA 94501
   PHONE # (000)555-5555
   NOV 10, 2005   12:30PM

   MERCH ID:   08233004

   REF # : 003
   ACT # : ************5220
   EXP   : XX/XX
   CARD  : VISA
                      $21.69

   APPROVAL CODE:    035789
   TRAN ID: VGT7ET800815

      I AGREE TO PAY ABOVE
     TOTAL AMOUNT ACCORDING
      TO CARD ISSUER AGREEMENT

   X _____
           SIGNATURE

           THANK YOU
         CARDHOLDER COPY
```

©2006 Visa U.S.A. Inc., all rights reserved, to be used solely for the purpose of providing Visa Card acceptance services as authorized pursuant to agreement with a Visa member financial institution.



© 2006 Visa U.S.A. Inc.    VRM 08.12.06