Atty. No. 41106

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIN EARGLE, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1426 |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Keys |
| B & H SUBS, INC., | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO**:   Please see Certificate of Service.

**PLEASE TAKE NOTICE** that on June 5, 2008 at 9:00 am, we shall appear before the Honorable John Darrah in Room 1203 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                                Respectfully submitted,

                                                s/Thomas E. Soule
                                                Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Thomas E. Soule, hereby certify that on May 12, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent by electronic mail to the following persons on the same date:

Molly Anne Arranz
Eric L. Samore
Darren P. Grady
Smith Amundsen, LLC.
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
marranz@osalaw.com
esamore@osalaw.com
dgrady@salawus.com

Carmen David Caruso
Seth Mann Rosenberg
Schwartz Cooper
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
ccaruso@scgk.com
srosenberg@scgk.com

Rory A. Valas
Valas & Associates, P.C.
250 Summer Street
Boston, MA 02110
rav@franchiseelaw.com

                                                      s/Thomas E. Soule
                                                      Thomas E. Soule