UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIN EARGLE,<br>Individually and on behalf of alleged class<br>Plaintiff,<br><br>v.<br><br>B&H SUBS, INC. AND DOES 1-10,<br><br>Defendant. | No. 08 C 1426<br><br>JUDGE JOHN W. DARRAH<br><br>MAGISTRATE JUDGE KEYS |

**AGREED MOTION FOR LEAVE
TO WITHDRAW APPEARANCE AS LOCAL COUNSEL FOR DEFENDANT, B&H
SUBS, INC.**

Pursuant to LR 83.17, attorneys Carmen D. Caruso and Seth M. Rosenberg of Schwartz Cooper Chartered, respectfully move this Court for leave to withdraw their Appearances as local counsel on behalf of B&H SUBS, INC. ("Defendant") and in support of this motion, states:

1. On April 10, 2008, Carmen D. Caruso and Seth Mann Rosenberg of Schwartz Cooper Chartered entered their appearances as local counsel for B&H SUBS, INC. This was done at the request of Boston attorney Rory A. Valas.

2. Understand Local Counsel is now informed that Defendant's insurance carrier has now provided legal representation on behalf of Defendant. Attorneys, Darren P. Grady, Eric L. Samore and Molly A. Arranz of Smith Amundsen, LLC, have filed their appearance.

3. Prior to filing this Motion, undersigned counsel confirmed with attorney Eric L. Samore and with attorney Rory A. Valas, who have both informed him that the service of his firm are no longer required.

4.      Notice of this motion is served on all counsel of record, including Darren P. Grady, Eric L. Samore and Molly A. Arranz, the attorneys of record for B&H SUBS, INC.

WHEREFORE, Schwartz Cooper Chartered, Carmen D. Caruso and Seth M. Rosenberg, individually, respectfully request that this Court enter the attached proposed order that deems their appearances withdrawn.

Respectfully submitted,

/s/ Carmen D. Caruso
Carmen D. Caruso
Seth M. Rosenberg
SCHWARTZ COOPER CHARTERED
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 346-1300
(U.S.D.C., N.D.Ill. Bar No. 6189462)
(LOCAL COUNSEL ONLY)

- 2 -

## CERTIFICATE OF SERVICE

  I, Carmen D. Caruso, an attorney, hereby certify that on May 13, 2008, I served a copy of the following upon all counsel of record, and all parties listed below, by *Via Electronic mail and by First-Class mail.*

            By:  /s/ Carmen D. Caruso

- 3 -