UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| OLIN EARGLE,<br>Individually and on behalf of alleged class<br>Plaintiff,<br><br>v.<br><br>B&H SUBS, INC. AND DOES 1-10,<br><br>Defendant. | No. 08 C 1426<br><br>JUDGE JOHN W. DARRAH<br><br>MAGISTRATE JUDGE KEYS |

**NOTICE OF AGREED MOTION**

See All Counsel of Record

    PLEASE TAKE NOTICE that on **June 3, 2008** at **9:00 a.m.** in **Room 1203** of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60602, the undersigned will present before the Honorable Judge John W. Darrah or any other Judge sitting in his stead, *Agreed Motion for Leave to Withdraw Appearance as Local Counsel for Defendant, B&H Subs, inc.,* copies of which are attached hereto.

                                            Respectfully submitted,

Date: May 13, 2008

                                By: /s/ Carmen D. Caruso
                                          Carmen D. Caruso
                                          Seth M. Rosenberg
                                          SCHWARTZ COOPER CHARTERED
                                          180 N. LaSalle Street, Suite 2700
                                          Chicago, IL 60601
                                          (312) 346-1300
                                          (U.S.D.C., N.D.Ill. Bar No. 6189462)
                                          (LOCAL COUNSEL ONLY)

482785.1 050037-31022