# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1426 | **DATE** | 5/30/08 |
| **CASE TITLE** | Eargle v. B & H Subs, Inc. et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to withdraw appearance of local counsel [23, 24] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|