**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OLIN EARGLE,<br>individually and on behalf of a class,<br><br>   Plaintiff,<br>v.<br><br><br>B & H SUBS, INC.,<br>and DOES 1-10,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  08 C 1426

Judge Darrah
Magistrate Judge Keys

**NOTICE OF MOTION**

TO: Tom Soule
   Edelman, Combs, Latturner & Goodwin, P.C.
   120 S. LaSalle Street, Suite 18th Floor
   Chicago, IL  60603

**PLEASE TAKE NOTICE THAT** on **June 25, 2008, at 9:00 a.m.**, we shall appear before the **Honorable Judge John W. Darrah** in **Room 1203**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion for Entry of Protective Order,** a copy of which is hereby served upon you.

     By: <u>/s/ Darren P. Grady</u>
        Attorneys for Defendant
        SMITH AMUNDSEN, LLC
        150 North Michigan Avenue, Suite 3300
        Chicago, Illinois 60601
        (312) 894-3200
        ARDC No.:  6281122

        Dated:  June 12, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of June 2008, he served a **Notice of Motion** and the Defendant's **Motion for Entry of Protective Order** on:

Tom Soule
Edelman, Combs, Latturner & Goodwin, P.C.
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: June 12, 2008.

_____/s/ Darren P. Grady_____

Eric L. Samore, ARDC # 6181345
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR B&H SUBS, INC.