Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1426 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Eargle vs. B & H Subs, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for class certification is withdrawn without prejudice with leave to re-file on or before 12/12/08 [20]. All discovery is ordered closed on 6/29/09. Dispositive motions shall be filed by 7/20/09, responses by 8/10/09, replies by 8/31/09. Status hearing and ruling on dispositive motions is set for 10/1/09 at 9:00 a.m. Pretrial conference set for 11/5/09 at 1:30 p.m. Jury trial set for 11/16/09 at 9:00 a.m. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|