IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIN EARGLE, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> B & H SUBS, INC., and DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 08 C 1426 <br> Judge Darrah <br> Magistrate Judge Keys |

### ORDER

This matter coming before the Court for an initial status hearing on June 5, 2008, the parties having conducted a scheduling conference pursuant to Fed.R.Civ.P. 26(f) and filed an initial status report with the Court, and the being Court fully advised in the premises;

IT IS HEREBY ORDERED THAT—

1. the parties shall exchange initial disclosures under Fed.R.Civ.P. 26(a)(1) on or before June 20, 2008;

2. the plaintiff shall file a motion for class certification on or before December 12, 2008, with a briefing schedule to be set by the Court;

3. all discovery, including fact and expert discovery, shall be completed by June 29, 2009, with trial expert witnesses (if any) being disclosed by both parties by April 29, 2009 and rebuttal expert witnesses (if necessary) being disclosed by both parties by May 29, 2009;

4. dispositive motions shall be filed by July 20, 2009, responses by August 10, 2009, replies by August 31, 2009. Status hearing and ruling on dispositive motions is set for October 1, 2009 at 9:00 a.m.;

5. a pre-trial conference shall be held on November 5, 2009 at 1:30 p.m.; and

6. a jury trial shall be held on November 16, 2009 at 9:00 a.m.

Dated: June 5, 2008

So Entered:

_/s/ John W. Darrah_
John W. Darrah
United States District Court
Northern District of Illinois

1