Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1426 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Eargle vs. B & Subs | | |

**DOCKET ENTRY TEXT**

Defendant's motion for entry of a protective order [27] is granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

FILED-EDI
2008 JUN 26 AM 5:33
U.S. DISTRICT COURT